EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 6 2004

at 1 o'clock and 00 min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO CR04-00178 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | Count 1: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| DARREN NAKAHARA, ) | Count 2: 18 U.S.C. §§ 922(g)(3) & 924(a)(2) |
| Defendant. ) | Count 3: 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

### COUNT 1
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury charges that:

Sometime in or about October or November 2002, with the exact date unknown to the Grand Jury, in the District of Hawaii, the defendant DARREN NAKAHARA, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce a firearm, to wit, a Smith & Wesson Model 34, .22 caliber revolver,

bearing serial number M47387, with the firearm having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

Sometime in or about October or November 2002, with the exact date unknown to the Grand Jury, in the District of Hawaii, the defendant DARREN NAKAHARA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Smith & Wesson Model 34, .22 caliber revolver, bearing serial number M47387, with the firearm having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 3
(18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges that:

1. Sometime in October or November 2002, with the exact date unknown to the Grand Jury, Shane Mark, who is not a defendant in this Indictment, distributed a quantity of methamphetamine, to wit, approximately one-quarter to one-half gram of methamphetamine, to defendant DARREN NAKAHARA. That distribution of methamphetamine constituted a "drug trafficking crime" as defined in Title 18, United States Code, Section

924(c)(2) and used in Title 18, United States Code, Section 924(c)(1). That drug trafficking crime was committed, at least in part, in order to facilitate Shane Mark's purchase of a firearm from DARREN NAKAHARA, with such firearm described further below.

    2. Sometime in or about October or November 2002, with the exact date unknown to the Grand Jury, in the District of Hawaii, the defendant DARREN NAKAHARA did use a firearm, to wit, a Smith & Wesson Model 34, .22 caliber revolver, bearing serial number M47387, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime committed by Shane Mark and referred to above in the previous paragraph.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

DATED: May 6, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. DARREN NAKAHARA
Cr. No.        (Indictment)

3