PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2006

at /0 o'clock and ⟶min. A M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  DARREN NAKAHARA        Case Number: CR 04-00178SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                       U.S. District Judge

Date of Original Sentence:  9/23/2004

Original Offense:   <u>Count 1</u>:  FELON IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. § 922(g)(1), a Class C felony

Original Sentence:  43 days imprisonment, with credit for 11 days served in pretrial custody, followed by 3 years of supervised release with the following special conditions:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office access to any requested financial information; 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; 4) That the defendant serve 8 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office.  The defendant also will be responsible for the payment of the electronic monitoring costs as

        directed by the Probation Office; 5) That the defendant be employed full time; and 6) That the Probation Office shall notify the U.S. Attorney's Office upon the event that the defendant submits a confirmed positive drug test.

<u>Type of Supervision:  Supervised Release   Date Supervision Commenced:   11/10/2004</u>

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

        General Condition:  That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day (mandatory condition).

## CAUSE

      Since the commencement of supervised release on 11/10/2004, the subject has been compliant and posed no management problems.  He has maintained stable housing and employment since his release.  Furthermore, the subject successfully completed outpatient substance abuse treatment and appears to be drug-free.

      The subject has agreed to modify his conditions of supervised release to allow continued drug testing consistent with the mandates of <u>United States v. Stephens</u>.  This modification is warranted when considering the subject's extensive substance abuse and criminal history.  The revised condition will assist our office in monitoring the subject's compliance for the duration of supervised release.

Prob 12B
(7/93)

3

      Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

                                                          Respectfully submitted by,

                                                          JONATHAN K. SKEDELESKI
                                                          U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 8/17/2006

---

THE COURT ORDERS:

[X]     The Modification of Conditions as Noted Above
[ ]     Other

                                                      SUSAN OKI MOLLWAY
                                                      U.S. District Judge

                                                      8/21/06
                                                          Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).*

Witness: _____          Signed: _____
JONATHAN K. SKEDELESKI                                              DARREN NAKAHARA
U.S. Probation Officer                                                        Supervised Releasee

8-14-06
Date