ORIGINAL

Note: This document is filed under seal pursuant to the Court's order of April 30, 2004

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT

DEC 13 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

DARREN NAKAHARA

**AMENDED**

# WARRANT FOR ARREST

CR 04-178 Som

CASE NUMBER: 04-361  KSC

U.S. MARSHALS SERVICE
HONOLULU, HI.
2004 MAY -3 PM 1:19
RECEIVED

To:    The United State Marshal
       and any Authorized Federal, State, or

       County law enforcement officer in the State of Hawaii

YOU ARE HEREBY COMMANDED to arrest    DARREN NAKAHARA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Count 1: Sometime in or about November 2002, with the exact date unknown, in the District of Hawaii, the defendant DARREN NAKAHARA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Smith and Wesson Model 34, .22 caliber revolver, bearing serial number M47387, with the firearm having been manufactured outside the State of Hawaii, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); and

Count 2: Sometime in or about November 2002, with the exact date unknown, in the District of Hawaii, the defendant, DARREN NAKAHARA, did use a firearm, to wit, a Smith and Wesson Model 34, .22 caliber revolver, bearing serial number M47387, during and in relation to a drug trafficking crime, all in violation of Title 18, United States Code, Section 924(c)(A)(1).

| | |
|---|---|
| Kevin S.C. Chang | Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Kevin SC Chang* | May 2, 2004 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ ___TO BE DETERMINED___ | Name of Judicial Officer |

SEALED

BY ORDER OF THE COURT

AO 442 (Rev. 3/99) Warrant for Arrest

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>5/3/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>5/4/04 | Charles Pong, SA | |